In the Matter of Joseph S. Siegel, an Attorney.— Respondent disbarred. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Bessen Bros., Inc., on Its Own Behalf and All Others Similarly Situated, Appellant, v. David Steiner and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Donald J. Flamm, Appellant, v. Chelsea Bank and Trust Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Fordham Gardens, Inc., Respondent, v. Bessie Parsont and Others, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

M. Roth & Co., Inc., Respondent, v. New York Mercantile Exchange, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ. [146 Misc. 644.]

Gerseta Corporation, Appellant, v. Mill Factors Corporation, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Nanette Gude Bayne, Respondent, v. Jasper Bayne and R. C. Schindler, Inc., Appellants, Impleaded with Others.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

George Tracey, Respondent, Appellant, v. United States Trucking Corporation, Appellant, and Ajax Trucking Co., Inc., Respondent.— Judgment and order affirmed, with costs to the plaintiff against the defendant United States Trucking Corporation, and with costs to the defendant Ajax Trucking Co., Inc., against the plaintiff. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Victor M. Marin, as Ancillary Administrator of the Estate of Juan-Roman Garcia Tuduri, Deceased, Appellant, v. Francisca Reyes, Inc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ. [147 Misc. 136.]

Bessie Avrutsky and Paul Avrutsky, Respondents, v. Lester Palma, Individually and/or as Trustee of the Estate of Gaetano Palma, Deceased, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of H. L. Gwalter & Co., Inc., Respondent, against Lawrence Textile Corporation, Appellant, for an Order Confirming the Award of the Arbitrators.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

C. N. H. F., Inc., Appellant, v. Neil P. Cullom and The Equitable Trust Company of New York, as Executors of the Estate of Charles K. Eagle, Deceased, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.